**UNITED STATES DISTRICT COURT**
District of Connecticut
U. S. Probation & Pretrial Services

**Jesse J. Gomes**
Chief United States Probation Officer

157 Church St., 17th Floor
New Haven, CT 06510
Phone: (203) 773-2100
Fax: (203) 773-2200

450 Main St., Room 735
Hartford, CT 06103
Phone: (860) 240-3661
Fax: (860) 240-2620

915 Lafayette Blvd., Room 200
Bridgeport, CT 06604
Phone: (203) 579-5707
Fax: (203) 579-5571

**M E M O R A N D U M**

June 15, 2021

To:	Honorable Michael P. Shea
	U.S. District Judge

From:	Gregory Campos
	Sr. U.S. Probation Officer

Subject:	Gonzalez, Dennis
	Dkt. No: 3:17CR00263

On March 26, 2021, Mr. Gonzalez appeared before the Court for a revocation hearing to address his drug use and failure to complete his 50 hours of community service at a rate of 10 hours per month. At that the conclusion of the hearing, the Court made findings that Mr. Gonzalez had violated his conditions of release. Sentencing was postponed in order to afford him the opportunity to participate in a residential drug treatment program.

On April 8, 2021, Mr. Gonzalez entered the Casa Hosto inpatient drug treatment program located in Bridgeport, Connecticut. Mr. Gonzalez successfully completed the program and was discharged on May 13, 2021. Since completing treatment Mr. Gonzalez has taken extraordinary measures to abstain from drug use. This includes traveling from New London to Casa Hosto to receive methadone after he was told he had been discharged from Roots Center for Advance Recovery. Mr. Gonzalez then traveled to the Roots center in Hartford, Connecticut, to complete his new intake. Additionally, since starting methadone maintenance at Roots, Mr. Gonzalez has submitted negative drug screens on April 27, 2021, and May 7, 25 and 28, 2021. He is currently employed but to date, he has not completed any of his required community service hours.

The Probation Office respectfully requests Mr. Gonzalez's sentencing on violation be continued for six months to allow for the completion of his community service hours. The Probation Office has provided Mr. Gonzalez with information on non-profit agencies at which he can complete community service and is working with him on establishing SMART goals around the completion of this requirement.